In the Matter of the Report of the Chamberlain of the City of New York, of Court Funds.— Referred to Hon. William D. Dickey, official referee, to examine and to report. Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.

The People of the State of New York, Plaintiff, v. Steeplechase Park Company and Others, Defendants.— Motion granted. Order to be settled before the presiding justice on February 8, 1915, at ten A. M. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

The People of the State of New York ex rel. John J. Mara, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Motion granted. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

Franceska Schumacher and August F. Brookes, as Executors, etc., of Joseph Schumacher, Deceased, Respondents, v. The Brooklyn Heights Railroad Company, Appellant.— Motion for stay granted on condition that defendant perfect and place its appeals on the March calendar, and be ready for argument when reached, cause in the meantime not to lose its place on the trial calendar. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

Adelaide W. Charles, as Sole Executrix, etc., of Archibald Charles, Deceased, Respondent, Substituted, etc., v. Elizabeth D. Leonard, as Sole Executrix, etc., of George B. Leonard, Deceased, Appellant, Substituted, etc.— The jury was justified in finding that Charles was not authorized by defendant to make the contract. The letter written by Charles to Leonard on March twenty-fourth is sufficient evidence that Charles did not have the authority, but was seeking it, and nothing remains to show authority to make the particular contract except the testimony of Thompson to the telephonic communication with Leonard on March twenty-fifth, prompted thereto by Charles, who was present, which in connection with Charles' letter of March twenty-fourth to Leonard, tends to show that Charles had been unable to persuade Leonard, and sought Thompson's interposition